# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>_____<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: _____ |

## **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. _____, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

**I.  DEFENDANTS**

    1. Plaintiff(s) name(s) the following Defendants in this action:

        _____  3M Company

        _____  3M Occupational Safety LLC

        _____  Aearo Holding LLC

        _____  Aearo Intermediate LLC

        _____  Aearo LLC

        _____  Aearo Technologies LLC

**II.  PLAINTIFF(S)**

    2. Name of Plaintiff:

    3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

    4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

5. State(s) of residence of Plaintiff(s):

<div style="border:1px solid black; height:50px;"></div>

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

<div style="border:1px solid black; height:50px;"></div>

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

<div style="border:1px solid black; height:50px;"></div>

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

   _____   Yes

   _____   No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

   _____      Hearing loss

   _____      Sequelae to hearing loss

   _____      Other [specify below]

<div style="border:1px solid black; height:50px;"></div>

**VI.   CAUSES OF ACTION**

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

   _____   Count I – Design Defect – Negligence

   _____   Count II – Design Defect – Strict Liability

   _____   Count III – Failure to Warn – Negligence

   _____   Count IV – Failure to Warn – Strict Liability

   _____   Count V – Breach of Express Warranty

   _____   Count VI – Breach of Implied Warranty

   _____   Count VII – Negligent Misrepresentation

   _____   Count VIII – Fraudulent Misrepresentation

   _____   Count IX – Fraudulent Concealment

   _____   Count X – Fraud and Deceit

   _____   Count XI – Gross Negligence

   _____   Count XII – Negligence Per Se

   _____   Count XIII – Consumer Fraud and/or Unfair Trade Practices

   _____   Count XIV – Loss of Consortium

   _____   Count XV – Unjust Enrichment

   _____   Count XVI – Punitive Damages

_____          Count XVII – Other [specify below]

```
┌─────────────────────────────────────────────────┐
│                                                 │
│                                                 │
│                                                 │
└─────────────────────────────────────────────────┘
```

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

```
┌─────────────────────────────────────────────────┐
│                                                 │
│                                                 │
│                                                 │
│                                                 │
│                                                 │
└─────────────────────────────────────────────────┘
```

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

```
┌─────────────────────────────────────────────────┐
│                                                 │
│                                                 │
│                                                 │
│                                                 │
│                                                 │
└─────────────────────────────────────────────────┘
```

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: _____